# STATE OF ILLINOIS CIRCUIT COURT

**_____ COUNTY**

## SUMMONS

FILED-6
FEB 28, AM 11:19

**Plaintiff / Petitioner** (First, middle, last name): Detrice B. Fair

v.

**Defendant / Respondent** (First, middle, last name): Internal Revenue Service

**Case Number:** 24 M6002254

☒ **Alias Summons** (Check this box if this is not the 1st Summons issued for this Defendant.)

### Instructions
- Enter above the county name where the case was filed.
- Enter your name as Plaintiff/Petitioner.
- Enter the names of all people you are suing as Defendants/Respondents.
- Enter the Case Number given by the Circuit Clerk.

### IMPORTANT INFORMATION:

There may be court fees to start or respond to a case. If you are unable to pay your court fees, you can apply for a fee waiver. You can find the fee waiver application at illinoiscourts.gov/documents-and-forms/approved-forms/.

E-filing is now mandatory with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit illinoiscourts.gov/faq/gethelp.asp or talk with your local circuit clerk's office. If you cannot e-file, you may be able to get an exemption that allows you to file in-person or by mail. Ask your circuit clerk for more information or visit illinoislegalaid.org.

Call or text Illinois Court Help at 833-411-1121 for information about how to go to court including how to fill out and file forms. You can also get free legal information and legal referrals at illinoislegalaid.org.

### Plaintiff/Petitioner:

Do not use this form in an eviction, small claims, detinue, divorce, or replevin case. Use the *Eviction Summons, Small Claims Summons*, or *Summons Petition for Dissolution of Marriage / Civil Union* available at illinoiscourts.gov/documents-and-forms/approved-forms. If your case is a detinue or replevin, visit illinoislegalaid.org for help.

If you are suing more than 1 Defendant/Respondent, fill out a *Summons* form for each Defendant/Respondent.

---

1. **Defendant/Respondent's address and service information:**

   a. Defendant/Respondent's primary address/information for service:
   - Name (First, Middle, Last): Internal Revenue Service
   - Registered Agent's name, if any: IRS
   - Street Address, Unit #: 4749 Lincoln Mall Dr
   - City, State, ZIP: Matteson, IL 60443
   - Telephone: (800) 829-1040  Email: N/A

   In 1a, enter the name and address of a Defendant/Respondent. If you are serving a Registered Agent, include the Registered Agent's name and address here.

   b. If you have more than one address where Defendant/Respondent might be found, list that here:
   - Name (First, Middle, Last): _____
   - Street Address, Unit #: _____
   - City, State, ZIP: _____
   - Telephone: _____  Email: _____

   In 1b, enter a second address for Defendant/Respondent, if you have one.

   c. Method of service on Defendant/Respondent:
   - ☒ Sheriff
   - ☐ Sheriff outside Illinois: _____ County & State
   - ☐ Special process server
   - ☐ Licensed private detective

   In 1c, check how you are sending your documents to Defendant/Respondent.

---

SU-S 1503.2                     Page 1 of 4                     (06/21)

| | |
|---|---|
| In 2, enter the amount of money owed to you. | 2. **Information about the lawsuit:** Amount claimed: $172,000,000,000,000,000,000 |
| In 3, enter your complete address, telephone number, and email address, if you have one. | 3. **Contact information for the Plaintiff/Petitioner:** Name (First, Middle, Last): Delace R. Fair  Street Address, Unit #: 146 Red Oak Ln  City, State, ZIP: University Pky IL 60484  Telephone: 708-404-9290  Email: FairDelace3@gmail.com |

**GETTING COURT DOCUMENTS BY EMAIL:** You should use an email account that you do not share with anyone else and that you check every day. If you do not check your email every day, you may miss important information, notice of court dates, or documents from other parties.

| | |
|---|---|
| **Important information for the person getting this form** | You have been sued. Read all of the documents attached to this *Summons*. To participate in the case, you must follow the instructions listed below. If you do not, the court may decide the case without hearing from you and you could lose the case. *Appearance* and *Answer/Response* forms can be found at: illinoiscourts.gov/documents-and-forms/approved-forms/. |
| Check 4a or 4b. If Defendant/Respondent only needs to file an *Appearance* and *Answer/Response* within 30 days, check box 4a. Otherwise, if the clerk gives you a court date, check box 4b. | 4. **Instructions for person receiving this *Summons* (Defendant):**  [X] a. To respond to this *Summons*, you must file *Appearance* and *Answer/Response* forms with the court within 30 days after you have been served (not counting the day of service) by e-filing or at:  Address: 16501 S Kedzie Ave  City, State, ZIP: Markham, IL 60428  [X] b. Attend court:  On: 3/26/24 at 11:00 [X] a.m. [ ] p.m. in 208  Courthouse Address: 16501 S Kedzie City: Markham State: IL ZIP: 60428 |
| In 4a, fill out the address of the court building where the Defendant may file or e-file their *Appearance* and *Answer/Response*. | |
| In 4b, fill out: • The court date and time the clerk gave you. • The courtroom and address of the court building. • The call-in or video information for remote appearances (if applicable). • The clerk's phone number and website. All of this information is available from the Circuit Clerk. | OR  Remotely (You may be able to attend this court date by phone or video conference. This is called a "Remote Appearance"):  By telephone: _____  *Call-in number for telephone remote appearance*  By video conference: _____  *Video conference website*  _____  *Video conference log-in information (meeting ID, password, etc.)*  Call the Circuit Clerk at: _____ or visit their website  *Circuit Clerk's phone number*  at: _____ to find out more about how to do this.  *Website* |
| **STOP!** The Circuit Clerk will fill in this section. | Witness this Date: **IRIS Y. MARTINEZ FEB 2 8 2024**  Clerk of the Court: _____ |
| **STOP!** The officer or process server will fill in the Date of Service. | This *Summons* must be served within 30 days of the witness date.  Date of Service: _____  (Date to be entered by an officer or process server on the copy of this *Summons* left with the Defendant or other person.) |

SU-S 1503.2        Page 2 of 4        (06/21)

# STATE OF ILLINOIS
## CIRCUIT COURT
_____ COUNTY

## PROOF OF SERVICE OF SUMMONS AND COMPLAINT/PETITION

For Court Use Only

**Instructions**

Enter above the county name where the case was filed.

Enter your name as Plaintiff/Petitioner.

Enter the names of all people you are suing as Defendants/Respondents.

Enter the Case Number given by the Circuit Clerk.

Detrice B. Fair
Plaintiff / Petitioner (First, middle, last name)

v.

Internal Revenue Service
Defendant / Respondent (First, middle, last name)

☒ Alias Summons (Check this box if this is not the 1st Summons issued for this Defendant.)

**Case Number:** 24M6002254

**\*\*Stop. Do not complete the form. The sheriff or special process server will fill in the form.\*\***

My name is _____ and I state
          First, Middle, Last

☐ I served the *Summons* and *Complaint/Petition* on the Defendant/Respondent
_____ as follows:
First, Middle, Last

☐ Personally on the Defendant/Respondent:
Male ☐ Female ☐ Non-Binary ☐ Approx. Age: _____ Race: _____
On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
Address, Unit#: _____
City, State, ZIP: _____

☐ On someone else at the Defendant/Respondent's home who is at least 13 years old and is a family member or lives there:
On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
Address, Unit#: _____
City, State, ZIP: _____
And left it with: _____
                First, Middle, Last
Male ☐ Female ☐ Non-Binary ☐ Approx. Age: _____ Race: _____
and by sending a copy to this defendant in a postage-paid, sealed envelope to the above address on _____, 20 _____

☐ On the Corporation's agent, _____
                                First, Middle, Last
Male ☐ Female ☐ Non-Binary ☐ Approx. Age: _____ Race: _____
On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
Address: _____
City, State, ZIP: _____

[ ] I was not able to serve the Summons and Complaint/Petition on:

_____
*First, Middle, Last*

I made the following attempts to serve the *Summons* and *Complaint/Petition* on the Defendant/Respondent:

1. On this date: _____ at this time: _____ [ ] a.m. [ ] p.m.
   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____
   _____

2. On this date: _____ at this time: _____ [ ] a.m. [ ] p.m.
   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____
   _____

3. On this date: _____ at this time: _____ [ ] a.m. [ ] p.m.
   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____
   _____

| | |
|---|---|
| **DO NOT** complete this section. The sheriff or private process server will complete it. | If you are a special process server, sheriff outside Illinois, or licensed private detective, your signature certifies that everything on the *Proof of Service of Summons* is true and correct to the best of your knowledge. You understand that making a false statement on this form could be perjury. |

By: _____

Signature by: [ ] Sheriff
              [ ] Sheriff outside Illinois:
                  _____
                  County and State
              [ ] Special process server
              [ ] Licensed private detective

FEES
Service and Return: $ _____
Miles            $ _____
Total            $ 0.00

Under the Code of Civil Procedure, 735 ILCS 5/1-109, making a statement on this form that you know to be false is perjury, a Class 3 Felony.

_____
Print Name

If *Summons* is served by licensed private detective or private detective agency:
License Number: _____

STATE OF ILLINOIS
CIRCUIT COURT
_____ COUNTY

SUMMONS

FILED-6
FEB 23 AM 11:19

Plaintiff/Petitioner (First, middle, last name): Detrice B. Fair

v.

Defendant/Respondent (First, middle, last name): Internal Revenue Service

Case Number: 24M6002254

| Instructions | |
|---|---|
| Enter above the county name where the case was filed. | |
| Enter your name as Plaintiff/Petitioner. | |
| Enter the names of all people you are suing as Defendants/Respondents. | |
| Enter the Case Number given by the Circuit Clerk. | |

☒ **Alias Summons** (Check this box if this is not the 1st Summons issued for this Defendant.)

**IMPORTANT INFORMATION:**

There may be court fees to start or respond to a case. If you are unable to pay your court fees, you can apply for a fee waiver. You can find the fee waiver application at: illinoiscourts.gov/documents-and-forms/approved-forms/

E-filing is now mandatory with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit efile.illinoiscourts.gov/serviceproviders.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit illinoiscourts.gov/faq/gethelp.asp or talk with your local circuit clerk's office. If you cannot e-file, you may be able to get an exemption that allows you to file in-person or by mail. Ask your circuit clerk for more information or visit illinoislegalaid.org.

Call or text Illinois Court Help at 833-411-1121 for information about how to go to court including how to fill out and file forms. You can also get free legal information and legal referrals at illinoislegalaid.org.

**Plaintiff/Petitioner:**

Do not use this form in an eviction, small claims, detinue, divorce, or replevin case. Use the *Eviction Summons, Small Claims Summons, or Summons Petition for Dissolution of Marriage / Civil Union* available at illinoiscourts.gov/documents-and-forms/approved-forms. If your case is a detinue or replevin, visit illinoislegalaid.org for help.

If you are suing more than 1 Defendant/Respondent, fill out a *Summons* form for each Defendant/Respondent.

1. **Defendant/Respondent's address and service information:**

    a. Defendant/Respondent's primary address/information for service:
    Name (First, Middle, Last): Internal Revenue Service
    Registered Agent's name, if any: IRS
    Street Address, Unit #: 4749 Lincoln Mall Dr
    City, State, ZIP: Matteson, IL 60443
    Telephone: (800) 829-1040  Email: n/a

    b. If you have more than one address where Defendant/Respondent might be found, list that here:
    Name (First, Middle, Last): _____
    Street Address, Unit #: _____
    City, State, ZIP: _____
    Telephone: _____  Email: _____

    c. Method of service on Defendant/Respondent:
    ☒ Sheriff          ☐ Sheriff outside Illinois: _____ County & State
    ☐ Special process server     ☐ Licensed private detective

SU-S 1503.2                Page 1 of 4                (06/21)

| | |
|---|---|
| In 2, enter the amount of money owed to you. | **2. Information about the lawsuit:** Amount claimed: $172,000,000,000,000,000,000 |
| In 3, enter your complete address, telephone number, and email address, if you have one. | **3. Contact information for the Plaintiff/Petitioner:** Name (First, Middle, Last): Detrice R. Fair  Street Address, Unit #: 145 Red Oak Ln  City, State, ZIP: University Pky IL 60484  Telephone: (708) 464-9292  Email: FairDetrice2@gmail.com |

**GETTING COURT DOCUMENTS BY EMAIL.** You should use an email account that you do not share with anyone else and that you check every day. If you do not check your email every day, you may miss important information, notice of court dates, or documents from other parties.

| | |
|---|---|
| **Important information for the person getting this form** | You have been sued. Read all of the documents attached to this *Summons*. To participate in the case, you must follow the instructions listed below. If you do not, the court may decide the case without hearing from you and you could lose the case. *Appearance* and *Answer/Response* forms can be found at: illinoiscourts.gov/documents-and-forms/approved-forms/. |
| Check 4a or 4b. If Defendant/Respondent only needs to file an *Appearance* and *Answer/Response* within 30 days, check box 4a. Otherwise, if the clerk gives you a court date, check box 4b. | **4. Instructions for person receiving this *Summons* (Defendant):** ☒ a. To respond to this *Summons*, you must file *Appearance* and *Answer/Response* forms with the court within 30 days after you have been served (not counting the day of service) by e-filing or at: Address: 16501 S Kedzie Ave  City, State, ZIP: Markham, IL 60428 |
| In 4a, fill out the address of the court building where the Defendant may file or e-file their *Appearance* and *Answer/Response*. | ☒ b. Attend court:  On: 3/26/24 at 11:00 ☒ a.m. ☐ p.m. in 208  Date / Time / Courtroom  In-person at: 16501 S Kedzie Markham IL 60428  Courthouse Address / City / State / ZIP  OR |
| In 4b, fill out: • The court date and time the clerk gave you. • The courtroom and address of the court building. • The call-in or video information for remote appearances (if applicable). • The clerk's phone number and website. All of this information is available from the Circuit Clerk. | Remotely (You may be able to attend this court date by phone or video conference. This is called a "Remote Appearance"):  By telephone: _____  Call-in number for telephone remote appearance  By video conference: _____  Video conference website  _____  Video conference log-in information (meeting ID, password, etc.)  Call the Circuit Clerk at: _____ or visit their website  Circuit Clerk's phone number  at: _____ to find out more about how to do this.  Website |
| **STOP!** The Circuit Clerk will fill in this section. | Witness this Date: **IRIS Y. MARTINEZ FEB 2 8 2024**  Clerk of the Court: _____ |
| **STOP!** The officer or process server will fill in the Date of Service. | This *Summons* must be served within 30 days of the witness date.  Date of Service: _____  (Date to be entered by an officer or process server on the copy of this *Summons* left with the Defendant or other person.) |

| STATE OF ILLINOIS CIRCUIT COURT _____ COUNTY | PROOF OF SERVICE OF SUMMONS AND COMPLAINT/PETITION | For Court Use Only |
|---|---|---|
| **Instructions** Enter above the county name where the case was filed. Enter your name as Plaintiff/Petitioner. Enter the names of all people you are suing as Defendants/Respondents. Enter the Case Number given by the Circuit Clerk. | Detrice R. Fair <br> Plaintiff / Petitioner (First, middle, last name) <br><br> Internal Revenue Service <br> v. <br><br> Defendant / Respondent (First, middle, last name) <br><br> ☒ **Alias Summons** (Check this box if this is not the 1st Summons issued for this Defendant.) | 24M6002254 <br> Case Number |

**\*\*Stop. Do not complete the form. The sheriff or special process server will fill in the form.\*\***

My name is _____ and I state
First, Middle, Last

☐ I served the *Summons* and *Complaint/Petition* on the Defendant/Respondent
_____ as follows:
First, Middle, Last

☐ Personally on the Defendant/Respondent:
Male ☐ Female ☐ Non-Binary ☐ Approx. Age: _____ Race: _____
On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
Address, Unit#: _____
City, State, ZIP: _____

☐ On someone else at the Defendant/Respondent's home who is at least 13 years old and is a family member or lives there:
On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
Address, Unit#: _____
City, State, ZIP: _____
And left it with: _____
First, Middle, Last
Male ☐ Female ☐ Non-Binary ☐ Approx. Age: _____ Race: _____
and by sending a copy to this defendant in a postage-paid, sealed envelope to the above address on _____, 20____

☐ On the Corporation's agent, _____
First, Middle, Last
Male ☐ Female ☐ Non-Binary ☐ Approx. Age: _____ Race: _____
On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
Address: _____
City, State, ZIP: _____

☐ I was not able to serve the *Summons* and *Complaint/Petition* on: _____
*First, Middle, Last*

I made the following attempts to serve the *Summons* and *Complaint/Petition* on the Defendant/Respondent:

1. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____
   _____

2. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____
   _____

3. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____

| | |
|---|---|
| **DO NOT** complete this section. The sheriff or private process server will complete it. | If you are a special process server, sheriff outside Illinois, or licensed private detective, your signature certifies that everything on the *Proof of Service of Summons* is true and correct to the best of your knowledge. You understand that making a false statement on this form could be perjury. |
| Under the Code of Civil Procedure, 735 ILCS 5/1-109, making a statement on this form that you know to be false is perjury, a Class 3 Felony. | By: _____ |

Signature by: ☐ Sheriff
☐ Sheriff outside Illinois: _____
   *County and State*
☐ Special process server
☐ Licensed private detective

FEES
Service and Return: $ _____
Miles: $ _____
Total: $ 0.00

Print Name: _____

If *Summons* is served by licensed private detective or private detective agency:
License Number: _____

FILED-6

24 FEB 28 AM 11: 19

**Complaint - Verified** (12/01/20) CCM 0008 A

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

MUNICIPAL DEPARTMENT, _____ MUNICIPAL DISTRICT

Detrice B. Fair
Internal Revenue Service
Plaintiff(s)
v.
Defendant(s)

Case No. 24M6002254
Contract: _____
Amount Claimed: _____
Return Date: 4-18-2024 @ 9:00 A.M.
Court Room 207

**COMPLAINT**

The Plaintiff(s) claim(s) as follows (use last page if more space is required.): The Internal Revenue Service has been takeing all of my money and, filing the wrong W'2 since 2004. When I called they told me that Ms. Greeny filed my brother Jeremiah D. Fair in 2017 total 6,933 state $671 when I lost him they wanted the 9000.00 back so, when I filed my 2018 return

I, Detrice B. Fair, certify that I am
(Name)
the Pro Se Attorney plaintiff in the above entitled action.
(Name of Attorney if applicable)

Iris Y. Martinez, Clerk of the Circuit Court of Cook County, Illinois
cookcountyclerkofcourt.org
Page 1 of 2

**Complaint - Verified**

(12/01/20) CCM 0008 B

The allegations in this complaint are true.

○ Atty. No.: _____
✗ Pro Se 99500

Dated: 2/28/24

Name: Detrice R. Fair  *Detrice Fair*
Atty. for (if applicable): _____
Signature

Address: 740 Red Oak Ln
City: University Park
State: IL  Zip: 60484
Telephone: (708) 664-9392
Primary Email: FairDetrice3@gmail.com

✗ Under penalties as provided by law pursuant to 735 ILCS 5/1-109 the above signed certifies that the statements set forth herein are true and correct.

Claims - continued  I was supposed to get 8215 plus 1300.00 in advance now they say I owe 10,000.00 or better. I replaced Jeremiah D. Fair with Kevin J Savage 3rd so, how do I owe. I went all of my returns going back from 2007 till until 2019 and to be placed in the system as 1st person fraud totaling 172,000,000,000,000,000,000 plus returns.

Iris Y. Martinez, Clerk of the Circuit Court of Cook County, Illinois
cookcountyclerkofcourt.org
Page 2 of 2